## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S.SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   LOUIS VALENTIN (J)# Cell Block          CASE NO:   21-6614-SNOW

AUSA:   Rob Juman -Zoom   *present*          ATTY:   -Zoom
                                                     (If applicable-appeals colloquy)

AGENT:   *Agent Michael White*          VIOL:   Removal: Dist. Of Columbia 18:231,111,1752,;
                                                40:5104

PROCEEDING:   INITIAL APPEARANCE          RECOMMENDED BOND:   $ 50, 000 PSB

BOND HEARING HELD - yes / no          COUNSEL APPOINTED:   *FPD: Jan Smith*

BOND SET @:   $50, 000 PSB          To be cosigned by:

*Bond conds set as below*          Rule 77.1 advised ✓

                                   *✓ agrees to video conf*
- ❑  Do not violate any law.          *✓ Advised of Charges*

- ❑  Appear in court as directed.          *✓ Sworn for counsel,*
                                           *✓ found indigent*
- ❑  Surrender and / or do not obtain passports / travel          *✓ FPD appointed*
       documents.

- ❑  Rpt to PTS as directed / or _____ x's a week/month by
       phone; _____ x's a week/month in person.

- ❑  Random urine testing by Pretrial Services. _____
       Treatment as deemed necessary.

- ❑  Maintain or seek full - time employment.   *CONDS SET IN D.C. :*

- ❑  No contact with victims / witnesses.
       • Stay away from DC unless for Court, Pretrial or consultation with attorney
       • Call Pretrial Services once per week and verify address *+ as directed SD/FL*
- ❑  No firearms.
       • Advise Pretrial Services of any travel within the US outside of home jurisdiction *w/ 24 hr.*
       • No travel outside of the continental US without Court approval
- ❑  Curfew: _____
       • Participate in all future proceedings as directed.
       • No firearms, destructive devices, or other weapons
- ❑  Travel extended to: _____
       • No local/state/federal crimes
       • Drug treatment / *testing*. *No travel documents*
- ❑  Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | *✓ Waives Removal* | | |
| PTD/BOND HEARING: | | *Removal ordered* | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | *(Arraignment set for 1:00pm by Zoom) # file* | |

CHECK IF          For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore
APPLICABLE_____:   tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy
                     Trial, the Court finds that the period of time from today, through and including _____, shall be deemed
                     excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq.

Date: 11-10-21          TIME: 11:00am   DAR/ZOOM          
*15 mw*                  *12:03:22*                        ⑨